AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT - N.D. OF N.Y

FILED

APR 2 8 2026

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Plattsburgh

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | |
| Joachim Yasid-Bilal LEBOUAZDA | ) | Case No.  8:26-PO-41 (GLF) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date(s) of April 25, 2026 in the county of Clinton in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry Without Inspection |

This criminal complaint is based on these facts:
See attached affidavit

☒     Continued on the attached sheet.

_____
*Complainant's signature*

Asta M. Amar, Border Patrol Agent
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: *APRIL 28, 2026*
_____
*Judge's signature*

City and State:     Plattsburgh, NY

Hon. Gary L. Favro, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Asta M. Amar, hereby depose and state under penalty of perjury:

1.       I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Champlain Station. I have been a BPA for two years and have been assigned to the Swanton Sector since January, 2024. I successfully completed training at the United States Border Patrol Academy in 2024, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2.       I submit this affidavit in support of a criminal complaint charging Joachim Yasid-Bilal LEBOUAZDA, with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

### Probable Cause

3.       On April 25, 2026, at approximately 3:34 p.m., BPAs received information from Swanton Sector Communication (KAD 640) that a stationary surveillance camera had captured remote images of an individual possibly crossing the international boundary near Rouses Point, New York. This area is commonly used as an illegal entry point by people attempting to cross undetected into the United States from Canada.

4.       BPAs responded to the area near Rouses Point, NY, and found one individual approximately half a mile from the U.S.-Canada border, carrying a large backpack and wearing black shorts and a black shirt who matched the description given by KAD 640. BPAs identified

themselves and asked the defendant for his immigration status. The defendant admitted that he is a citizen of France and that he just crossed the border from Canada. The defendant was transported to the U.S. Border Patrol station for further processing.

5.     At the station, BPAs fingerprinted the defendant and records checks confirmed that the defendant is not a citizen or national of the United States; that he did not have permission to enter the United States; and that the defendant had not entered the United States through a port of entry.

6.     The defendant waived his *Miranda* rights and admitted that he entered the United States from Canada at a place that was not an authorized port of entry. The defendant claimed he believed entry was similar to Europe where border crossings are less restrictive. He conveyed that he has no family or friends in the United States and that his intention was to take a road trip beginning in Montreal, then travelling to New York, Chicago and Los Angeles. The Defendant stated that he used ChapGPT and Google Maps for navigation and guidance to cross into the United States without having to report for inspection at a port of entry.

## Conclusion

7.     Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendant with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Agent Asta M. Amar
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1
of the Federal Rules of Criminal Procedure.

Date: _APRIL 28, 2026_

Hon. Gary L. Favro
United States Magistrate Judge